IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHERYL MURRY, Ind. and as Adm.** : <br> **of the Estate of Semaj Araus, deceased,** : <br> : <br> vs. : <br> : <br> **CSX TRANSPORTATION and** : <br> **SOUTHEASTERN TRANSPORTATION** : <br> **AUTHORITY (SEPTA).** : | Case No. 20-cv-2964-JMY |

**ORDER**

AND NOW, this 8th day of September, 2020 upon consideration of the Motion to Remand Pursuant to 28 U.S.C. § 1447(c) filed by the Plaintiff (ECF No. 6), it is hereby ORDERED and DECREED that this matter shall be remanded to the Philadelphia Court of Common Pleas.

By the Court:

  /s/ John Milton Younge
Judge John Milton Younge